FILED

2026 Apr-16  PM 02:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 2:25-cr-319-LCB-SGC |
| | ) |
| DARIEN DEON HEADEN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On March 25, 2026, a Change of Plea Hearing was held in the above case by Magistrate Judge John H. England, III. A Report and Recommendation was filed on April 1, 2026 recommending that the guilty plea be accepted, and the defendant be adjudged guilty and have sentence imposed accordingly.

It is **ORDERED** that the Report and Recommendation is **ADOPTED** and the guilty plea is **ACCEPTED**.

**DONE** and **ORDERED** this April 16, 2026.

_____
LILES C. BURKE
U.S. DISTRICT JUDGE